IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNA OCKFORD & JUSTIN HERBST | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ENCOMPASS INSURANCE CO. | : | NO. 24-1581 |

## **O R D E R**

AND NOW, this 7th day of October, 2024, upon consideration of Plaintiff's Motion to Compel (Doc. 22), the response (Doc. 24), reply (Doc. 27), and for the reasons addressed in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion is GRANTED. Within ten days of the entry of this Order, Defendant shall produce an unredacted copy of the claims file predating March 14, 2024, including the reserves, with the exception of communications with counsel appropriately noted in a privilege log.

BY THE COURT:

/s/ Elizabeth T. Hey_____
ELIZABETH T. HEY, U.S.M.J.