IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNA OCKFORD & JUSTIN HERBST | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ENCOMPASS INSURANCE CO. | : | NO. 24-1581 |

## **O R D E R**

AND NOW, this   4th   day of April, 2025, upon consideration of Defendant's Motion for Partial Summary Judgment (Docs. 37 & 37-1), Plaintiffs' response (Doc. 42), Defendant's Reply (Doc. 51), the parties' statements of undisputed facts (Docs. 38, 40, 41), and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion is GRANTED.  Judgment is entered in favor of Defendant on the bad faith claims in the Complaint (Counts IV and V).

BY THE COURT:

/s/ Elizabeth T. Hey
_____
ELIZABETH T. HEY, U.S.M.J.